CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC. ) <br> ) <br> vs. ) <br> ) <br> CITY OF HUNTINGTON BEACH, et al. ) <br> ) <br> _____ ) | CASE No. CV 09-03777 RGK (SSx) <br><br> **JUDGMENT** |

Judgment is entered in favor of Plaintiff T-Mobile West Corporation with respect to its claim for declaratory judgment as set out in the Court's July 9, 2010, Order. However, Plaintiff's request for injunctive relief was denied. Plaintiff's remaining claims are dismissed as moot as set out in the Court's November 4, 2010, Order. The Court does not find either party to be the prevailing party. Accordingly, each side shall pay their own costs.

**IT IS SO ORDERED.**

DATED: November 12, 2010

_____
Honorable R. Gary Klausner
United States District Judge