JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS INC., a Delaware Corporation, d/b/a T-MOBILE,<br><br>                Plaintiff,<br><br>    vs.<br><br>CITY OF HUNTINGTON BEACH, a public entity organized and existing under the laws of the State of California; CITY COUNCIL OF THE CITY OF HUNTINGTON BEACH,<br><br>              Defendants. | CASE NO.  CV-09-3777 RGK (SSx)<br><br>[Case Assigned to Judge R. Gary Klausner, Roybal Courtroom 850]<br><br>**JUDGMENT** |

Pursuant to the Opinion of the Ninth Circuit in *Omnipoint Communications, Inc. v. City of Huntington Beach* (9th Cir. 2013) 738 F.3d 192, the November 12, 2010 Judgment entered in favor of Plaintiff T-Mobile West Corporation is set aside, and instead, Judgment is entered in favor of Defendants, City of Huntington Beach and the City Council of the City of Huntington Beach.

    **IT IS SO ORDERED.**

DATED:  May 15, 2014

                        _____

                        HONORABLE R. GARY KLAUSNER<br>                        United States District Judge

1

**JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**JUDGMENT**